# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-CR-2507-RSH |
| Plaintiff, | DECLARATION |
| v. | |
| CARLOS MANUEL DA SILVA SANTOS et al., | |
| Defendants. | |

I, David Katz, pursuant to 18 U.S.C. § 1746, declares and says the following under penalty of perjury:

1. I am the founder and chairman of The Plastic Bank Corporation (Plastic Bank). Plastic Bank is a company that helps low-income communities around the world convert plastic waste into cash and other benefits such as food vouchers.

2. On or about March 31, 2023, Plastic Bank and Ethos entered into a project finance agreement in which Ethos promised to disburse a $14 million loan to Plastic Bank in exchange for Plastic Bank depositing collateral with Ethos. Plastic Bank provided the collateral by having approximately $3,500,000 deposited into a brokerage account and approximately $2,581,143.68 sent to an Ethos bank account.

3. Plastic Bank received approximately $1,108,333.33 from Ethos.

4. Carlos DeSilva and his team worked virtually with the Plastic Bank CEO at the time and the Finance team and provided multiple documents, including

Financial Statements, which we subsequently came to know were fabrications. He put himself forward as a billionaire and philanthropist which added weight to authenticity. Although there had been multiple discussions via video we came to meet Carlos DeSilva in person on October 4th, 2023, when he visited us in Cairo under the pretense of continuing to further fund Plastic Bank. We invited him to witness our community work and meet the impoverished families we support. During this visit, we had dinner at the Four Seasons Hotel, where Mr. Santos claimed again to have a personal net worth of approximately $6 billion, which as noted he had claimed in prior interactions with the team. He also continued to portray himself as a successful entrepreneur and philanthropist, fostering trust and confidence in his ability to support our mission

Mr. Santos' claims were pivotal in the decision to engage with him. He emphasized his wealth and suggested that he could transform his resources into impactful investments or donations for Plastic Bank. Plastic Bank relied heavily on these representations, which ultimately turned out to be fraudulent. His deception led us to invest time, effort, and resources into what we believed was a genuine partnership, diverting attention from other potential opportunities and causing financial strain.

5. This testimony is intended to illustrate the gravity of his deceit and the necessity of restitution for the harm caused. The funds he fraudulently promised were meant to uplift vulnerable communities, and his actions have directly impacted those we aim to serve. It is crucial that the court recognizes the full extent of the harm inflicted and ensures that appropriate restitution is made to support our ongoing mission.

[Type Pleading Name]   [Type Case No.]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1st 2025

David Katz